# Jury Evidence Recording System (JERS) Requirements

## Time Frame for Submitting Exhibits
All files must be submitted based on the deadline set by the presiding Judge or CRD associated with your case.  Your timeliness in submitting these files will assist the Court in preparing for the trial.  Exhibits submitted that do not meet the Court's requirements will be returned for correction.

## How to Submit Electronic Files
All files must be provided on a single storage device such as a USB, CD or DVD.

## Requirements for Exhibit File Types
All electronic evidence must be provided using the following formats:

- Documents and Photographs: .pdf, .jpg, .bmp, .tif, .gif
- Video and Audio Recordings: .avi, .wmv, .mpg, .mp3, .mp4, .wma, .wav, .3gpp

**VERY Important:**   The individual file size of **documents (pdf)** should not exceed **10 MB.**

The individual file size of **audio** and **video** should not exceed **500 MB.**

If possible, exhibits approaching or exceeding this size limit should be separated into multiple files. PDF documents can often be reduced significantly in size by using tools such as Adobe's "Reduce File Size" feature. Images can be significantly reduced in file size by lowering its resolution or dimensions, usually with minimal affect to viewing quality.

## Naming Your Files
All file names **MUST** be named using the following naming convention.  Not using this exact naming convention will cause problems in our office when uploading your exhibit files.  The file name begins with the exhibit number, followed by an underscore to designate that the remaining text of the file name is the description of the exhibit.

**EXHIBIT**
Exhibit Number(underscore)Exhibit Description(.)File Exension



Example:       1_Photograph of Gun.PDF

**Note:**  An underscore MUST be placed between the exhibit number and exhibit description.  DO NOT use an underscore anywhere else in the exhibit file name.

**SUB EXHIBIT**
Exhibit Number(dash)Sub Letter(Underscore)Exhibit Description(.)File  Extension

Example:       1-A_Photograph of Gun Marked Up.pdf

**Note:**  For Sub Exhibits, place a dash between exhibit number and sub letter.  The underscore is then placed after the sub letter.

**Examples of Valid Exhibit File Names:**

| Exhibit | Exhibit File Name |
|---|---|
| 1.Photograph | 1_Photograph.jpg |
| 1.A.Photograph – Marked Up | 1-A_Photograph Marked.jpg |
| 2.2009 Tax Return | 2_2009 Tax Return.pdf |
| 2.A. Schedule F | 2-A_Schedule F.pdf |
| 2.A1. Schedule F Marked Up | 2-A1_Schedule F Marked Up.pdf |
| 2.A2. Schedule F Revised | 2-A2_Schedule F Revised.pd |
| 2.B. Schedule H | 2-B_Schedule H.pdf |
| 3.Camera Footage | 3_Camera Footage.wmv |

**JERS Orders Exhibits in the following manner**

| Exhibit # | Part |
|---|---|
| 1 | |
| 1 | A1 |
| 1 | A2 |
| 1 | AA1 |
| 1 | AA2 |
| 1 | AAA1 |
| 1 | AAA2 |
| 1 | B1 |
| 1 | B2 |

**Identifying Your Exhibits**

The exhibit number needs to be clearly displayed on the **first page** of each exhibit.

i.e. **"P 1"** or **"Plaintiff Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:

i.e. **"D 1"** or **"Defendant Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:

i.e. **"G 1"** or **"Government Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:



**Important**

i.e. **"J 1"** or **"Joint Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:



12/13/17