# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TRUE CHEMICAL SOLUTIONS, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00222-ADA |
| | § | |
| PERFORMANCE CHEMICAL COMPANY | § | |

## ORDER SETTING JURY TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, March 29, 2021 at 01:30 PM**. The jury selection will be held that morning by Judge Jeffrey C. Manske.

IT IS SO ORDERED this 8th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE