IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PERFORMANCE CHEMICAL COMPANY,<br>*Plaintiff,*<br><br>-vs-<br><br>TRUE CHEMICAL SOLUTIONS, LLC,<br>*Defendant.* | §<br>§<br>§<br>§    CIVIL NO. 6:21-CV-00222-ADA<br>§<br>§<br>§<br>§<br>§ |

## ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Jeffrey C. Manske on **Thursday, March 25, 2021, at 1:30 p.m**. The conference will be conducted by video at https://txwd-uscourts.zoomgov.com/j/1611260782?pwd=SXhoWHAvUWxTWW5JUy8vbWU1N1dsZz09 and will be attended by at least one counsel for each remaining party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for **9:30 am, Monday, March 29, 2021** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX

**SIGNED this 11th day of March, 2021.**

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE