UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
TEXAS WACO DIVISION

| | | |
|---|---|---|
| PERFORMANCE CHEMICAL COMPANY | § § § | |
| vs. | § § | Case Number: 6:21-CV-222 |
| TRUE CHEMICAL SOLUTIONS, LLC | § § § | |

# ORDER RESETTING VIDEO CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for a Video Conference on Voir Dire via Zoom, on Thursday, March 25, 2021, at 10:00 a.m. (time change only). Please utilize the below link to access the conference.

https://txwd-uscourts.zoomgov.com/j/1611260782?pwd=SXhoWHAvUWxTWW5JUy8vbWU1N1dsZz09

IT IS SO ORDERED this 22nd day of March, 2021.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE