IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PERFORMANCE CHEMICAL COMPANY, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 6:21-cv-00222-ADA |
| TRUE CHEMICAL SOLUTIONS, LLC, | § § | |
| *Defendant.* | § § | |

**PERFORMANCE CHEMICAL COMPANY'S SECOND SUPPLEMENTAL DEPOSITION DESIGNATIONS**

Pursuant to the Tenth Amended Scheduling Order (ECF No. 143) Plaintiff Performance Chemical Company ("PCC") hereby submits the supplemental deposition designations attached hereto for use at trial. PCC reserves the right to amend these designations and reserves the right to use any deposition testimony at trial for cross-examination and impeachment purposes. PCC has not provided deposition designations of witnesses that either party has indicated will be called live at trial; however, to the extent any such witness will not be called live at trial for any reason, PCC reserves the right to designate deposition testimony for such witness.

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| **Kelly Gabriel** | **03/04/2020** | | | | | |
| | | 5:19-6:1 | C | 4:19-24; 6:2-12; 6:20-24 | | |
| | | 7:6-7:19 | | | | |
| | | 7:22-8:6 | 8:2-3; R | | | |
| | | 14:15-15:13 | C; 14:8-25; A | 14:9-14 | | |
| | | 16:5-16:17 | R | | | |
| | | 17:2-17:4 | R | | | |
| | | 18:3-18:7 | | | | |
| | | 18:19-19:1 | C | 18:8-18 | | |
| | | 19:8-19:11 | | | | |
| | | 21:22-21:25 | | | | |
| | | 22:1-22:19 | C | 22:20-23:7 | | |
| | | 23:8-23:25 | | | | |
| | | 24:2-24:21 | 24:20-21; R | | | |
| | | 28:15-32:22 | 32:14-21; R | | | |
| | | 33:18-33:25 | R; C | 34:1-2 | | |
| | | 34:23-35:12 | R | | | |
| | | 36:7-36:23 | R; P | | | |
| | | 39:16-39:19 | R | | | |
| | | 41:20-42:7 | | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 42:19-42:25 | | | | |
| | | 43:7-44:10 | C | 44:11-45:4 | | |
| | | 47:11-47:19 | Priv; F; Confuse Issues | | | |
| | | 48:20-49:4 | | | | |
| | | 50:18-53:4 | 50:23-51:13; C; R | 50:10-17; 53:5-19; 54:1-7 | | |
| | | 53:19-53:25 | | | | |
| | | 56:18-57:3 | R | | | |
| **David Fehr** | **07/22/2020** | | | | | |
| | | 4:23-4:24 | No Oath | 5:11-6:10 | | |
| | | 14:6-15:1 | C | 7:13-10:22; 11:3-14:5; 15:2-15; 15:19-16:5; 16:20-17:15; 9:9-20:4 | | |
| | | 23:16-24:15 | C | 20:21-21:2 | | |
| | | 24:20-28:6 | C | 28:7-12 | | |
| | | 31:23-32:22 | C | 32:23-25 | | |
| | | 33:1-33:16 | C | 33:21-24; 34:1-4 | | |
| | | 34:6-34:8 | C | 34:9-10; 34:12 | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 34:19-34:23 | C | 34:24-35:17 | | |
| | | 35:18-37:3 | | | | |
| | | 37:22-38:20 | H | | | |
| | | 39:10-39:23 | H; C | 39:24-40:5 | | |
| | | 40:6-40:18 | H | | | |
| | | 40:20-41:20 | | | | |
| | | 41:24-42:1 | H | | | |
| | | 42:4-42:22 | H; C | 42:23-43:7 | | |
| | | 44:21-44:23 | | | | |
| | | 44:25-45:20 | | | | |
| | | 45:23-48:15 | | | | |
| | | 48:17-49:1 | | | | |
| | | 50:18-51:7 | C | 51:8-18 | | |
| | | 51:19-52:6 | C | 52:11-14 | | |
| | | 53:8-53:25 | C | 54:1-7; 54:15-55:7 | | |
| | | 55:21-57:1 | C | 57:2-4 | | |
| | | 57:5-57:6 | C | 57:7-19 | | |
| | | 57:20-59:1 | C | 59:2-7; 60:4-20 | | |
| | | 60:24-61:6 | | | | |
| | | 61:19-64:10 | C | | | |
| | | 66:20-67:10 | | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 67:16-70:22 | | | | |
| | | 67:2-68:3 | | | | |
| | | 70:18-70:22 | | | | |
| | | 70:24-70:25 | | | | |
| | | 71:4-71:14 | C | | | |
| | | 72:15-73:13 | Com | | | |
| | | 73:19-75:4 | | | | |
| | | 75:6-76:5 | | | | |
| | | 76:24-81:14 | | | | |
| | | 84:3-84:14 | C | | | |
| | | 85:14-87:5 | C | 87:7-90:11 | | |
| | | 91:17-92:10 | | | | |
| | | 94:17-96:17 | 96:9-17; A | | | |
| | | 97:17-97:21 | C | 97:6-16; 97:22 | | |
| | | 101:19-102:10 | C | 102:11-17 | | |
| **Dustin Poole** | **04/01/2020** | | | | | |
| | | 5:1-5:3 | C | 6:19-21; 10:12-21 | | |
| | | 12:6-12:8 | C | 11:19-12:5; 12:9-12:17 | | |
| | | 14:23-15:14 | C | 13:19-14:22 | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 15:18-17.25 | 16:17-22; Com | | | |
| | | 18:1-20:5 | 18:19-21; P, Com | | | |
| | | 21:14-22:14 | 22:4-8; A | | | |
| | | 42:13-42:19 | 42:13-19; Com | | | |
| | | 42:21-43:3 | | | | |
| | | 44:19-44:24 | | | | |
| | | 48:7-49:12 | | | | |
| | | 50:4-51:5 | 51:1-5; Com | 207:15-208:3 | | |
| | | 51:7 | C | 51:8-9 | | |
| | | 51:10-51:25 | | | | |
| | | 53:11-53:18 | C | 53:19 | | |
| | | 53:21-53:25 | | | | |
| | | 54:13-55:25 | | | | |
| | | 56:3-56:22 | C | 56:23-59:22 | | |
| | | 59:23-60:1 | C | 60:16-61:8 | | |
| | | 61:9-61:13 | C | | | |
| | | 61:15-62:12 | | | | |
| | | 62:18-63:21 | C | 63:22-64:16 | | |
| | | 64:17-66:1 | | | | |
| | | 66:13-67:4 | | | | |
| | | 67:19-67:25 | F, Am, Com | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 68:2 | | | | |
| | | 68:4-68:25 | F, Am, Com | | | |
| | | 70:9-70:13 | C | 69:1-70:8; 70:14-71:2 | | |
| | | 71:19-72:14 | | 211:14 | | |
| | | 72:22-73:11 | | 208:25-209:5 | | |
| | | 74:11-75:10 | | 209:6-14 | | |
| | | 75:19-76:10 | | | | |
| | | 77:4-77:14 | | | | |
| | | 77:18-78:2 | | | | |
| | | 78:12-78:15 | C | 78:3-11 | | |
| | | 79:1-81:5 | 79:1 Com, Am 79:20-24; R 80:18 hypothetical | | | |
| | | 82:1-82:12 | C | 82:13-16 | | |
| | | 83:7-83:10 | C | 83:1-6; 83:11 | | |
| | | 84:10-84:12 | C | | | |
| | | 84:14-84:22 | | | | |
| | | 85:3-85:21 | C, R | 85:22-23; 86:1-10 | | |
| | | 86:11-90:12 | R; 89:15-19; P | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 94:7-96:17 | | | | |
| | | 96:21-98:19 | C | 98:20-22 | | |
| | | 98:23-99:25 | | | | |
| | | 100:6-101:25 | R, C | 212:14-213:16 | | |
| | | 102:21-103:1 | C | | | |
| | | 103:14-105:20 | C | 105:21-106:11 | | |
| | | 107:15-107:21 | C | 106:21-107:14 | | |
| | | 109:9-111:3 | | | | |
| | | 111:6-115:6 | | | | |
| | | 115:15-116:19 | R, C | 116:20-117:2 | | |
| | | 117:6-118:18 | R | | | |
| | | 128:6-129:23 | 129:17-21 Hypothetical | | | |
| | | 130:1-130:11 | 130:1-8; Hypothetical; C | 130:18-131:17 | | |
| | | 133:8-133:17 | Hypothetical | | | |
| | | 135:14-136:16 | | | | |
| | | 137:8-137:11 | | | | |
| | | 137:14-137:25 | | | | |
| | | 138:2-140:2 | C | | | |
| | | 144:20-145:5 | C, R | | | |
| | | 149:6-150:20 | C, A, R, P | | | |
| | | 152:20-153:2 | C, R | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 161:15-161:17 | | | | |
| | | 162:5-163:12 | | | | |
| | | 163:15-163:24 | | | | |
| | | 170:2-170:11 | | | | |
| | | 177:9-177:18 | | | | |
| | | 179:10-179:25 | C | | | |
| | | 180:2-182:10 | | | | |
| | | 186:14-187:8 | R | | | |
| | | 188:4-188:17 | C | 188:18-190.1; 209:15-210:21 | | |
| | | 199:9-200:22 | | | | |
| | | 202:11-203:25 | C | | | |
| | | 214:6-215:2 | | | | |
| **Jeffrey McMahon** | **09/23/2020** | | | | | |
| | | 5:1-5:2 | | | | |
| | | 7:16-8:2 | | | | |
| | | 8:8-8:10 | | | | |
| | | 8:19-8:23 | | | | |
| | | 8:25-9:3 | | | | |
| | | 13:19-14:9 | | | | |
| | | 15:10-15:13 | | | | |
| | | 37:19-38:11 | | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 50:8-50:23 | | | | |
| | | 52:22-53:16 | | | | |
| | | 53:19- 54:5 | | | | |
| | | 146:21-146:25 | | | | |
| | | 157:1-157:11 | | | | |
| | | 157:15-157:19 | | | | |
| | | 160:25-161:18 | | | | |
| | | 161:20-162:4 | | | | |
| | | 164:2-164:6 | | | | |
| | | 167:21-168:2 | | | | |
| **Benjamin Walter** | **03/19/2021** | | | | | |
| | | 4:11-13 | | | | |
| | | 5:13-18 | | | | |
| | | 6:7-16 | | | | |
| | | 7:3-8:9 | | | | |
| | | 8:14-10:13 | | | | |
| | | 10:22-11:12 | | | | |
| | | 13:16-14:2 | | | | |
| | | 14:12-14 | | | | |
| | | 14:17-19 | | | | |
| | | 15:3-8 | | | | |
| | | 15:13-14 | | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 15:24-16:1 | | | | |
| | | 16:20-17:12 | | | | |
| | | 17:20-17:25 | | | | |
| | | 18:1-19:10 | | | | |
| | | 19:24-20:6 | | | | |
| | | 20:18-21:16 | | | | |
| | | 21:21-23:2 | | | | |
| | | 23:4-12 | | | | |
| | | 23:15-19 | | | | |
| | | 23:21-25 | | | | |
| | | 24:6-13 | | | | |
| | | 24:22-25:6 | | | | |
| | | 26:4-27:2 | | | | |
| | | 29:3-5 | | | | |
| | | 29:9-12 | | | | |
| | | 29:19-21 | | | | |
| | | 30:1-18 | | | | |
| | | 32:4-8 | | | | |
| | | 38:20-40:11 | | | | |
| | | 40:17-18 | | | | |
| | | 40:21-42:19 | | | | |
| | | 43:11-18 | | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 44:22-46:10 | | | | |
| | | 47:9-50:12 | | | | |
| | | 50:14-51:8 | | | | |
| | | 51:24-52:11 | | | | |
| | | 52:23-54:24 | | | | |
| | | 55:1-57:24 | | | | |
| | | 63:19-67:1 | | | | |
| | | 68:4-69:12 | | | | |
| | | 69:15-70:10 | | | | |
| | | 76:1-4 | | | | |
| | | 79:2-5 | | | | |
| | | 79:22-25 | | | | |
| | | 81:15-82:9 | | | | |
| **Joshua Bittler** | **03/22/2021** | | | | | |
| | | 6:4-7 | | | | |
| | | 6:23-7:2 | | | | |
| | | 7:14-8:6 | | | | |
| | | 12:5-23 | | | | |
| | | 13:13-15:21 | | | | |
| | | 16:1-4 | | | | |
| | | 22:9-22 | | | | |
| | | 25:1-26:19 | | | | |

| DEPONENT NAME | DATE OF DEPO | PCC'S INITIAL DESIGNATIONS | TRUE CHEM'S OBJECTIONS | TRUE CHEM'S COUNTER-DESIGNATIONS | PCC'S OBJECTIONS TO TRUE CHEM'S COUNTER-DESIGNATIONS | COURT RULING |
|---|---|---|---|---|---|---|
| | | 36:2-37:10 | | | | |
| | | 37:17-38:8 | | | | |
| | | 41:10-21 | | | | |
| | | 41:25-43:18 | | | | |
| | | 44:13-16 | | | | |
| | | 45:10-48:25 | | | | |
| | | 55:7-21 | | | | |
| | | 56:9-57:20 | | | | |
| | | 60:4-63:10 | | | | |
| | | 65:24-66:24 | | | | |
| | | 69:4-25 | | | | |
| | | 71:2-72:9 | | | | |
| | | 75:4-17 | | | | |
| | | 77:2-78:3 | | | | |
| | | 78:6-79:2 | | | | |

Dated: March 25, 2021	Respectfully Submitted,

*/s/ Daniel Scardino*
Daniel Scardino
Texas State Bar No. 24033165
SCARDINO LLP
501 Congress Avenue, Suite 150
Austin, TX  78701
Tel.: (512) 443-1667
Fax: (512) 487-7606
daniel@scardinollp.com

Steve McConnico
Texas Bar No. 13450300
Paige Arnette Amstutz
Texas State Bar No. 00796136
Robyn Hargrove
Texas State Bar No. 24031859
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
smcconnico@scottdoug.com
pamstutz@scottdoug.com
rhargrove@scottdoug.com

*Attorneys for Plaintiff*
*Performance Chemical Company*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on March 25, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Daniel Scardino*
Daniel Scardino