# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| TRUE CHEMICAL SOLUTIONS, LLC, | § | |
| PERFORMANCE CHEMICAL COMPANY | § | CIVIL NO: |
| | § | WA:21-CV-00222-ADA |
| vs. | § | |
| | § | |
| PERFORMANCE CHEMICAL COMPANY, | | |
| TRUE CHEMICAL SOLUTIONS, LLC, | | |
| PERFORMANCE CHEMICAL COMPANY, | | |
| TRUE CHEMICAL SOLUTIONS, LLC, | | |
| TRUE CHEMICAL SOLUTIONS, LLC, | | |
| PERFORMANCE CHEMICAL COMPANY | | |

## ORDER CANCELLING JURY TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY TRIAL** beginning M**onday, March 29, 2021** i**s hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 26th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE